# BED BATH & BEYOND

Kitchen > **Organization**

Return

Organization: « 17 of 81 »

Email a friend

**Two Tier Sliding Basket Organizer**

Organize any cabinet with this convenient sliding basket organizer. Its design makes it perfect for the pantry, under the sink or on your countertop. It has an attractive metal mesh construction and lift-out baskets with easy to carry handles. Measures 7 1/2" W x 13 7/8" D x 12 2/3" H.

**Related items**



Kitchen Cabinet Organizer



Calphalon Kitchen Towel Ensembles, 100% Cotton

**Getting Married?**

Use our Bridal Toolkit Task & Timeline Manager to stay organized.

large/zoom image



| Description | Available color | Price | Qty |
|---|---|---|---|
| Two Tier Sliding Basket Organizer | Metal | $19.99 ea. | 1 |

FIND IN A STORE

Shipping costs



23456next>>

EXHIBIT B

http://www.bedbathandbeyond.com/product.asp?SKU=17365142&RN=205&PrintMode...   10/17/2012

